IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  Date: July 23, 2012
Court Reporter:    Kara Spitler

Criminal Action No. 11-cv-03120-RBJ

*Parties*:                                          *Counsel*:

REAL LIVING REAL ESTATE, LLC,                       Jared E. Berg

    Plaintiff,

v.

FOUR SEASONS LAND COMPANY,                          James Ghiselli
INC.,

    Defendant.

### COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**Court in session:**    8:03 a.m.

Appearances of counsel.

Mr. Ghiselli addresses the Court regarding the background of the case.

Argument by Mr. Ghiselli and Mr. Berg as to Defendant Four Seasons' Motion to Compel Doc.# [32].

Discussion regarding damages.

Mr. Ghiselli addresses the Court regarding his request for a copy of the contract between the Plaintiff and Mr. Pitts.

For the reasons and findings as stated on the record, it is;

**ORDERED:** Defendant Four Seasons' Motion to Compel Doc.# [32] is DENIED.

**ORDERED:** The Motion to Compel an Answer to the Interrogatory is GRANTED. If the mediation does not result in a settlement, the Plaintiff is ordered to answer the interrogatory.

**ORDERED:** Plaintiff to produce the contract concerning Mr. Pitts. The contract is to be used solely for this case. Upon the conclusion of the case, all copies of the contract are to be returned.

**Court in recess:**     **8:39 a.m.**

Hearing concluded.

Total time:     0:36