# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-03120-RBJ-KMT

Real Living Real Estate, LLC f/k/a GMAC Real Estate, LLC, a Delaware Limited Liability Corporation,

        Plaintiff,

v.

Four Seasons Land Company, Inc, a Colorado Corporation, and
Lynn Cook, an individual,

        Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the Stipulation for Dismissal with Prejudice signed by counsel for Plaintiff and Defendants, and having reviewed its file and being fully advised in the premises, hereby dismisses this case with prejudice, each side to bear his or its own costs and fees.

DATED this 6th day of August, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge